D. Ty Duhamel
Joachim Morrison
COLUMBIA LEGAL SERVICES
200 Palouse Street, Suite 201
Wenatchee, WA 98801
(509) 662-9681/fax: (509) 662-9684

David N. Mark
LAW OFFICE OF DAVID N. MARK
810 Third Ave., Suite 500
Seattle, WA 98104
(206) 340-1840 (tel.); 206-682-2305 (fax)

The Honorable Lonny R. Suko

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA ALONSO and MARIA RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDALUZ NIGHT CLUB CORP., a Washington Corporation, and BLANCA FLOR CUEVAS,<br><br>Defendants. | No. CV-09-133-LRS<br><br>**STIPULATED JUDGMENT** |

On April 27, 2009, Plaintiffs filed a summons and complaint with this Court asserting violation of their rights under the Fair Labor Standards Act, 29 U.S.C.A § 201

STIPULATED JUDGMENT - 1

*et seq.*, and the Washington State wage and hour laws, RCW §§ 49.46.010 *et seq.*, and alleging Defendants, Blanca Cuevas and the Andaluz Night Club Corp., failed to pay overtime wages and failed to provide paid rest and meal periods to Plaintiffs, restaurant and night club employees, in 2006, 2007, and 2008. A Settlement Conference commencing on October 28, 2009, resulted in the parties reaching a November 12, 2009 settlement agreement resolving the parties' respective claims in this matter and Defendants' agreement to enter the following Stipulated Judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of the Plaintiffs for $40,000. The Judgment is allocated as follows:

    a. $ 23,252.88 for Plaintiff Maria Alonso;

    b. $ 11,452.92 for Plaintiff Maria Rodriguez;

    c. $ 3,094.20 attorney fees and costs to Columbia Legal Services; and,

    d. $ 2,200.00 attorney fees and costs to David N. Mark.

2. Pre-judgment and post judgment interest at the rate of 9% per annum, compounded daily, is awarded from November 12, 2009 until the Judgment is paid in full.

3. A separate Settlement and Release Agreement concurrently signed is incorporated herein.

STIPULATED JUDGMENT - 2

COLUMBIA LEGAL SERVICES
Wenatchee Office
300 Okanogan Avenue, Suite 2A
Wenatchee, WA 98801
(509) 662-9681; (509) 662-9684 (fax)

4. All payments of said judgment to Plaintiffs shall be made to "Columbia Legal Services Trust Account."

Dated this 2nd day of February, ~~2009~~. 2010.

*s/Lonny R. Suko*
_____
United States District Judge

Stipulated to and presented by:

**COLUMBIA LEGAL SERVICES**

_____
D. Ty Duhamel, W.S.B.A. No. 10848
Joachim Morrison, W.S.B.A. No. 23094
Attorney for Plaintiffs Alonso and Rodriguez

Stipulated to; notice of presentment waived;

**LAW OFFICE OF DAVID N. MARK**

_____
David N. Mark, W.S.B.A. No. 13908
Attorney for Plaintiffs Alonso and Rodriguez

Stipulated to; notice of presentment waived:

**Volyn Law Firm PLLC**

_____
Scott Andrew Volyn, W.S.B.A. No. 21829
Attorney for Defendants Cuevas and Andaluz

STIPULATED JUDGMENT - 3

COLUMBIA LEGAL SERVICES
Wenatchee Office
300 Okanogan Avenue, Suite 2A
Wenatchee, WA 98801
(509) 662-9681; (509) 662-9684 (fax)